**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL CASE NO. 3:09-CV-387-RJC-DCK**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) **ORDER** |
| v. | ) ) |
| CAPITALSTREET FINANCIAL, LLC & SEAN F. MESCALL, | ) ) ) |
| Defendants, and | ) ) |
| GERALD T. MESCALL & GAINCAPITAL, INC., | ) ) ) |
| Relief Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "First Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for Temporary Receiver" (Document No. 19) filed on November 17, 2009. The motion has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A), and immediate review is appropriate. Having carefully considered the record, including the motion and itemized list of services, the undersigned finds as follows:

This Court appointed Joseph W. Grier, III, as Receiver for the assets of CapitalStreet Financial, LLC, Sean Mescall, Gerald Mescall, and Gaincapital, Inc. on September 16, 2009. (Document No. 14). Grier, Furr, & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding and has received no compensation for these services. The reasonable value of the services, as set forth in the itemized list attached to the motion, is $25,374.00. (Document No. 19, Ex. A). Grier Furr & Crisp, PA, has also incurred expenses in the amount of $169.83. The Receiver served a "Notice of Motion for Compensation for Grier Furr & Crisp, PA" upon the parties

as required by law. (Document No. 19-1 "Notice"). The Receiver indicates, and the record reflects, that no party in interest has objected to or requested a hearing on the motion.

**IT IS, THEREFORE, ORDERED** that the reasonable attorneys' fees and expenses totaling **$25,543.83** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate; the Receiver is hereby authorized and directed to pay attorneys for the Receiver for these reasonable and necessary fees and expenses.

**IT IS SO ORDERED**.

Signed: January 8, 2010

David C. Keesler
United States Magistrate Judge