# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:09-cv-387-RJC-DCK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CAPITALSTREET FINANCIAL, LLC, SEAN F. MESCALL, <br><br> Defendants, <br><br> and <br><br> GERALD T. MESCALL, and GAINCAPITAL, INC., <br><br> Relief Defendants. | ORDER |

**THIS MATTER** is before the Court on the *Receiver's Investor Claim Report; Administrative Claim Report; Receiver's Objections to Claims and Recommendations for Claims; and Notice of Deadline for Investors and/or Administrative Claimants to Object or Respond to Receiver's Proposed Treatment of Claims* (the "Motion") (Doc. No. 63) by Joseph W. Grier, III, the receiver in this action (the "Receiver"). The Court, having reviewed the Motion and the record in this case, and finding that notice of the Motion was appropriate and there being no responses filed thereto, has determined that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that the Receiver's proposed treatment of the Investor Claims and Administrative Claim as set forth in the Motion is **APPROVED**.

Signed: December 8, 2010

Robert J. Conrad, Jr.
Chief United States District Judge