# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv387

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION ) ) ) Plaintiff, ) ) v. ) ) CAPITAL STREET FINANCIAL, ) LLC, SEAN F. MESCALL ) ) Defendants, ) ) and ) ) GERALD T. MESCALL, and ) GAINCAPITAL, INC., ) ) Relief Defendants ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion for Disbursement of Funds, titled *Receiver's Motion to Make Distribution of Assets and to Establish Distribution Amounts with Notice of Motion with 10 day Objection Limit* (Doc. No. 71), filed by Joseph W. Grier, III, the receiver in this action. The Court, having reviewed the Motion and the record in this case, and finding that notice of the Motion was appropriate and there being no responses filed thereto, has determined that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that:

1. the Receiver is authorized to make distributions to Investors in the cumulative amount of $265,468.68;

2. the Receiver is authorized to make distributions to individual Investors in the

Distribution Amounts set forth on the attached Exhibit A; and

3. the Receiver is authorized to make a distribution to the allowed Administrative Claimant in the amount of $11,759.60.

Signed: December 30, 2010

Robert J. Conrad, Jr.
Chief United States District Judge

**INVESTOR DISTRIBUTION AMOUNT**                                                          **EXHIBIT A**

| Claim No. | Customer Account Number | Allowed Claim and Amount | Amount to Distribute 265,468.68 Distribution Amount |
|---|---|---|---|
| Ab | 74497 | $ 14,050.00 | $3,135.25 |
| N.Ax | 10877543 | $ 120,000.00 | $26,777.90 |
| R.Ax | 1057894 | $ 120,000.00 | $26,777.90 |
| Ban | Acct no. given was Capital Street checking account no | $ 10,000.00 | $2,231.49 |
| Bar | 1121217 | $ 26,649.42 | $5,946.80 |
| Be | 10113861 | $ 10,000.00 | $2,231.49 |
| Bu | none given | $ 1,000.00 | $223.15 |
| Cara | 99941 | $ 5,654.21 | $1,261.73 |
| Can- | none given | $ 45,000.00 | $10,041.71 |
| Cat | 8886747 | $ 10,000.00 | $2,231.49 |
| Ch | 998713 | $ 9,705.00 | $2,165.66 |
| Cl | none given | $ 1,000.00 | $223.15 |
| Cr | 10071176 10151187 | $ | $0.00 |
| ep | 1045678 | $ 1,000.00 | $223.15 |
| Der | 10071176 | $ 1,000.00 | $223.15 |
| Dy | 1057894 | $ 2,000.00 | $446.30 |
| F | none given | $ 1,300.00 | $290.09 |
| Gar | 40704 | $ 5,000.00 | $1,115.75 |
| Gav | 1994714 | $ 2,000.00 | $446.30 |
| Gi] | 1199796 | $ 2,500.00 | $557.87 |
| Gif | none given | $ 6,324.76 | $1,411.37 |
| Gl | none given | $ 5,000.00 | $1,115.75 |
| Ham | none given | $ 5,000.00 | $1,115.75 |
| Harde | none given | $ 5,000.00 | $1,115.75 |
| Hardi | Acct no. given was Capital Street checking account no | $ 2,500.00 | $557.87 |
| Hav | 10113874 1784125 1143084 | $ 79,000.00 | $17,628.79 |
| Herg | 2747450 | $ 2,000.00 | $446.30 |
| Herr | 10258613 | $ 7,000.00 | $1,562.04 |
| Hert | 10113874 | $ 30,000.00 | $6,694.48 |
| Je | 2747410 | $ 2,500.00 | $557.87 |
| Joh | 169929305 | $ 10,000.00 | $2,231.49 |
| E.Jo | none given | $ 2,000.00 | $446.30 |
| L.Jo | none given | $ 6,000.00 | $1,338.90 |
| K | 1045788 | $ 30,000.00 | $6,694.48 |
| La | 1098441 | $ 95,000.00 | $21,199.17 |

**INVESTOR DISTRIBUTION AMOUNT**                                         **EXHIBIT A**

| Claim No. | Customer Account Number | Allowed Claim and Amount | Distribution Amount |
|---|---|---|---|
| Lo | none given | $ 5,000.00 | $1,115.75 |
| Mah | 80904 | $ 2,500.00 | $557.87 |
| Mas | none given | $ 4,500.00 | $1,004.17 |
| May | none given | $ 5,000.00 | $1,115.75 |
| Mc | none given | $ 10,000.00 | $2,231.49 |
| J. M | 4244445 | $ 12,000.00 | $2,677.79 |
| N. M | none given | $ 1,000.00 | $223.15 |
| Mo | 1004997 | $ 45,000.00 | $10,041.71 |
| O | 10917143 | $ 10,000.00 | $2,231.49 |
| Ra | 11041031 | $ 25,000.00 | $5,578.73 |
| Re | none given | $ 10,000.00 | $2,231.49 |
| P. Rog | none given | $ 5,000.00 | $1,115.75 |
| R. Rog | 1045278 | $ 2,600.00 | $580.19 |
| D. Rol | none given | $ 1,500.00 | $334.72 |
| G. Rol | none given | $ 6,000.00 | $1,338.90 |
| Rom. Family Trust | 10091176 | $ 138,000.00 | $30,794.59 |
| D. Rom | none given | $ 29,182.87 | $6,512.13 |
| D&M Rom | 10071176 | $ 7,269.27 | $1,622.13 |
| Rot | none given | $ 5,000.00 | $1,115.75 |
| Sa | 1057894 | $ 6,000.00 | $1,338.90 |
| Scha | 10071176 | $ 13,000.00 | $2,900.94 |
| Schw | 2299411 | $ 53,000.00 | $11,826.91 |
| Sh | none given | $ 2,500.00 | $557.87 |
| Sm | 177437 | $ 4,000.00 | $892.60 |
| St | none given | $ 5,000.00 | $1,115.75 |
| Va | none given | $ 15,411.00 | $3,438.95 |
| We | none given | $ 68,500.00 | $15,285.72 |
| Wi | none given | $ 10,000.00 | $2,231.49 |
| Z | 1069814 | $ 12,500.00 | $2,789.37 |
| Total | | $ 1,189,646.53 | $265,468.68 |