UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-387 RJC-DCK

| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CAPITALSTREET FINANCIAL, LLC, and SEAN F. MESCALL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GERALD T. MESCALL, and GAINCAPITAL, INC., | ) | |
| | ) | |
| Relief Defendants. | ) | |

**THIS MATTER** is before the Court on the Receiver's Motion for Approval of Final Receiver's Report and Accounting and Dismissal of the Receiver (Doc. No. 79), filed by the receiver in this action, Joseph W. Grier, III. The Court has reviewed the Motion and the record in this case and finds that notice of the Motion was appropriate and that no responses were filed thereto; thus, the Motion is granted.

**IT IS, THEREFORE, ORDERED** that:

1. the Final Receiver's Report and Accounting (Doc. No. 78) is APPROVED; and

2. the Receiver is hereby DISMISSED, having fulfilled the duties set forth in this Court's order, entered on September 16, 2009 (Doc. No. 14).

Signed: April 19, 2011

Robert J. Conrad, Jr.
Chief United States District Judge