# United States District Court
## For The Western District of North Carolina
## Charlotte Division

US Commodity Futures Trading Commission,

                Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      3:09cv387

Capitalstreet Financial, LLC, and Sean F. Mescall,

                Defendant(s),

and

Gerald T. Mescall and Gaincapital, Inc.

                Relief Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2012 and May 24, 2012 Orders.

                        Signed: July 27, 2012

                        *Frank G. John*

                        Frank G. Johns, Clerk
                        United States District Court